# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**UNITED RENTALS, INC., ET AL.,**

V.

## SUMMONS IN A CIVIL CASE

**JAMES HALL,**

CASE NUMBER: **3:19−CV−01705−KAD**

TO: **James Hall**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Gerald C. Pia, Jr.**
**Roche Pia LLC**
**Two Corporate Dr., Suite 248**
**Shelton, CT 06484**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ − J. Fazekas**

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT · DISTRICT OF CONNECTICUT · FIAT JUSTITIA

**ISSUED ON 2019−10−30 16:55:45.0**, Clerk
USDC CTD

**PROOF OF SERVICE**
***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*________________________________
was received by me on *(date)* __________________________.

☐ I personally served the summons on the individual at *(place)* __________________________
______________________________________ on *(date)* _____________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________
___________________________ , a person of suitable age and discretion who resides there,
on *(date)* _________________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)*____________
_____________________________________ on *(date)* _________________ ; or

☐ I returned the summons unexecuted because _____________________________________
____________________________________________________________________ ; or

☐ Other *(specify)* __________________________________________________________
______________________________________________________________________
______________________________________________________________________

My fees are $_______ for travel and $ ___________for services, for a total of $_________0.00

I declare under penalty of perjury that this information is true.

Date: ____________________

______________________________
Servers signature

______________________________
Printed name and title

______________________________
Servers address

Additional information regarding attempted service, etc: