# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**UNITED RENTALS, INC., ET AL.,**

V.

**JAMES HALL,**

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **3:19−CV−01705−KAD**

TO: **James Hall**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Gerald C. Pia, Jr.**
**Roche Pia LLC**
**Two Corporate Dr., Suite 248**
**Shelton, CT 06484**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ − J. Fazekas**

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT · DISTRICT OF CONNECTICUT · FIAT JUSTITIA

**ISSUED ON 2019−10−30 16:55:45.0**, Clerk
USDC CTD

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-01705-KAD

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* James Hall

was received by me on *(date)* 10/31/2019 .

❒ I personally served the summons on the individual at *(place)* ____________________

____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________

____________________ , a person of suitable age and discretion who resides there,

on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ____________

____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

☑ Other *(specify)*: On 11/06/2019, the Summons and Complaint was served on Attorney H. Wayne Young, who is authorized to, and has agreed to accept service on behalf of his client, the defendant, James Hall.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/06/2019

[signature]

*Server's signature*

Gerald C. Pia, Jr., Esq., Counsel for Plaintiffs

*Printed name and title*

Roche Pia LLC
2 Corporate Dr., Ste 248
Shelton, CT 06484

*Server's address*

Additional information regarding attempted service, etc: